In the Matter of the Claim of PEGGY MAGIDSON, Appellant, v STRATEGIC TELEMARKETING, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted August 9, 2010; decided October 19, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of FRANCESCO NICOLETTA, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent.

Submitted August 9, 2010; decided October 19, 2010

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

NATALIA COKINOS OAKES, Individually and as Successor Trustee of the HERBERT C. OAKES LIVING TRUST, as Assignee of Herbert C. Oakes, Jr. and Another, and as Guardian of LEOPOLD V. OAKES, an Infant, Respondent, v BETTY O. MUKA, Appellant.

Decided October 19, 2010

Appeal, insofar as taken from the June 2010 Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not finally determine the action within the meaning of the Constitution; appeal, insofar as taken from the January 2010 Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.